**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shelley Vidal,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-23-01954-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 8), filed on October 2, 2023,

**IT IS ORDERED** approving the Stipulation (Doc. 8) and dismissing this action as to **Defendants Wells Fargo & Company Long-Term Disability Plan and Wells Fargo & Company only**, without prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Defendants Wells Fargo & Company Long-Term Disability Plan and Wells Fargo & Company from this action.

Dated this 3rd day of October, 2023.

Honorable Diane J. Humetewa
United States District Judge