Erin Rose Ronstadt, SBN 028362
Kyle James Shelton, SBN 027379
**RONSTADT LAW, PLLC**
PO Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ronstadtlaw.com
*Attorneys for Plaintiff*

**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shelley Vidal,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | Case No.: 2:23-CV-01954-DJH<br><br>**JOINT MOTION TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE OR ZOOM** |

Plaintiff Shelley Vidal ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") file this Joint Motion to Appear at Scheduling Conference Via Telephone or Zoom, and state as follows:

The Rule 16 Scheduling Conference is set in this matter for November 29, 2023, at 9:00 am before US District Judge Diane J. Humetewa.

This week, Plaintiff learned that, due to a pressing family matter, Plaintiff's counsel must be in California during the Scheduling Conference. Also, Lincoln's counsel's office is in Dallas, Texas. For these reasons, the parties jointly request that the Scheduling Conference be conducted either by telephone or video. In addition to the above-stated good faith reasons, Plaintiff and Defendant are in agreement with regard to the proposed deadlines in the Joint Case Management Report in this ERISA matter. The request is not for the purpose of delay.

WHEREFORE, the Parties request that the November 29, 2023, Scheduling Conference be held via Zoom or telephone.

RESPECTFULLY SUBMITTED this 21st day of November 2023.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
*Attorneys for Defendant*

AND

**RONSTADT LAW, PLLC**

By: /s/ Erin Rose Ronstadt
Erin Rose Ronstadt
Kyle Shelton
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Ronstadt
erin@ronstadtlaw.com

Kyle Shelton
kyle@ronstadtlaw.com

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.