UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shelley Vidal,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | Case No.: 2:23-CV-01954-DJH<br><br>**[PROPOSED] ORDER** |

On this day, the Court considered the Joint Motion to Appear at Scheduling Conference Via Telephone or Zoom filed by the Parties. Having considered the Motion, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Joint Motion to Appear at Scheduling Conference Via Telephone or Zoom is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Counsel for Counsel shall appear via ______________ for the Scheduling conference set for November 29, 2023, at 9:00 am.