**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shelley Vidal,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company,<br><br>Defendant. | No. CV-23-01954-PHX-DJH<br><br>**ORDER** |

Pursuant to the Court's Rule 16 Scheduling Order,

**IT IS ORDERED** referring this matter to United States Magistrate Judge John Z. Boyle for a settlement conference. Counsel are directed to jointly contact the chambers of Judge Boyle at (602) 322-7670 or Boyle_Chambers@azd.uscourts.gov to schedule a settlement conference to be held on or before March 1, 2024 and for instructions regarding preparation for the conference.

No later than five (5) working days after the deadline set forth in the preceding paragraph, the parties shall file with the Court a joint report on settlement talks executed by or on behalf of all counsel. The parties shall promptly notify the Court at any time a settlement is reached during the course of this litigation.

Dated this 22nd day of November, 2023.

Honorable Diane J. Humetewa
United States District Judge