**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shelley Vidal,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | Case No.: 2:23-CV-01954-DJH<br><br>**UNOPPOSED MOTION TO RESET SETTLEMENT CONFERENCE** |

Defendant The Lincoln National Life Insurance Company ("Defendant" or "Lincoln") files this Unopposed Motion to Reset Settlement Conference and states as follows:

The Settlement Conference is set in this matter for February 7, 2024, at 1:30 pm before Magistrate Judge John Z. Boyle.

Counsel for Defendant has learned that Lincoln's representative unavoidably is no longer unavailable that day and time. As such, the Defendant requests a reset of the Settlement Conference. Plaintiff's counsel does not oppose the requested reset. This request is not for the purpose of delay.

WHEREFORE, the Defendant requests that the February 7, 2024, Settlement Conference be reset.

RESPECTFULLY SUBMITTED this 22nd day of January 2024.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Ronstadt
erin@ronstadtlaw.com

Kyle Shelton
kyle@ronstadtlaw.com

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.