UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shelley Vidal,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | Case No.: 2:23-CV-01954-DJH<br><br>**[PROPOSED] ORDER** |

On this day, the Court considered the Unopposed Motion to Reset Settlement Conference filed by Defendant. Having considered the Motion, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Unopposed Motion to Reset Settlement Conference is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Settlement Conference is reset for February __, 2024, at _____ __.m.