**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shelley Vidal,<br>Plaintiff,<br>v.<br>Lincoln National Life Insurance Company, et al.,<br>Defendants. | No. CV-23-01954-PHX-DJH<br>**ORDER** |

Pending before the Court is Defendant's "Unopposed Motion to Reset Settlement Conference." (Doc. 18.) After review, the Court will grant the Motion.

Accordingly,

**IT IS ORDERED**:

1. The Motion (Doc. 18) is **granted**.

2. The February 7, 2024 Video Settlement Conference is reset to **February 1, 2024** at **1:30 p.m.**

3. Each party shall submit a confidential settlement conference memorandum containing information detailed in the Court's December 15, 2023 Settlement Conference Order no later than **January 29, 2024**.

Dated this 23rd day of January, 2024.

Honorable John Z. Boyle
United States Magistrate Judge