Erin Rose Ronstadt, SBN 028362
Kyle James Shelton, SBN 027379
RONSTADT LAW, PLLC
P.O. Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ ronstadtlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shelley Vidal,<br><br>Plaintiff,<br><br>v.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | No. CV-23-01954-PHX-DJH<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby gives notice that the parties have negotiated a settlement in the above-referenced matter. Counsel for the parties are finalizing settlement and Plaintiff will file a Stipulation of Dismissal with Prejudice within 30 days.

DATED February 29, 2024

RONSTADT LAW, PLLC

By: *s/ Erin Rose Ronstadt*
Erin Rose Ronstadt
Kyle James Shelton

## CERTIFICATE OF SERVICE

I certify that on February 29, 2024 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, PC
17304 Preston Road, Suite 800
Dallas, TX 75252
iwana@rademaekerslaw.com

*Attorney for Defendant*

*s/ Merry Martin*

**RONSTADT LAW**
P.O Box 34145, Phoenix, AZ 85067
6122 N.. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050