**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shelley Vidal,<br>Plaintiff,<br>v.<br>Lincoln National Life Insurance Company, et al.,<br>Defendants. | No. CV-23-01954-PHX-DJH<br>**ORDER** |

This matter is before the Court on the Notice of Settlement (Doc. 21), filed on February 29, 2024. Accordingly,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before April 26, 2024. If a Stipulation to Dismiss has not been filed by this deadline, the parties shall file a Status Report to the Court on that date.

Dated this 29th day of February, 2024.

Honorable Diane J. Humetewa
United States District Judge